UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 2-10-cv-00498-RTR |
| SILGAN CONTAINERS LLC, | ) ) | Hon. Rudolph T. Randa |
| Defendant. | ) ) ) | |

## ORDER

Upon consideration of the United States' Unopposed Motion for Entry of Consent Decree, and this Court being fully advised the facts and circumstances, Plaintiff's Motion for Entry of Consent Decree is **GRANTED**.

**SO ORDERED** this 2nd day of August, 2010.

*s/ Rudolph T. Randa*
United States District Court Judge