# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br>v.<br><br>SILGAN CONTAINERS LLC,<br><br>                  Defendant. | Case No. 10-CV-498-JPS<br><br><br>**ORDER** |

        On August 2, 2010, the Court granted the government's unopposed request for entry of a consent decree regarding Defendant's violations of the Clean Air Act. (Docket #7, #8). On April 26, 2017, the government filed an unopposed motion for the entry of a joint stipulation and agreed order terminating the consent decree. (Docket #9). Defendant has certified that it has completed all of its obligations under the consent decree. *Id.* at 1. After considering the motion and supporting materials, and in light of the parties' joint request, the Court will grant the motion for entry of the joint stipulation and order terminating the consent decree.

        Accordingly,

        **IT IS ORDERED** that the United States' unopposed motion for the entry of a joint stipulation and agreed order terminating the consent decree (Docket #9) be and the same is hereby **GRANTED**.

        Dated at Milwaukee, Wisconsin, this 16th day of May, 2017.

                                                 BY THE COURT:

                                                 J.P. Stadtmueller
                                                 U.S. District Judge